UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LORI SMITH,

   Plaintiff,

v.              Case No. 2:08-CV-952-FTM-29SPC

NAPLES COMMUNITY HOSPITAL, INC.,
a Florida not-for-profit- corporation,

   Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION IN EXCESS OF 25 PAGES

Pursuant to Local Rule 3.01(d), Naples Community Hospital, Inc. ("NCH") respectfully requests leave to file a Dispositive Motion for Summary Judgment, including the incorporated Memorandum of Law, in excess of the twenty-five page limit set forth in Local Rule 3.01(a). NCH seeks an additional ten (10) pages, for a total of thirty-five (35) pages. In support of this motion, NCH states the following:

### CERTIFICATE OF CONFERRAL

Pursuant to M.D. Fla. L. R. 3.01(g), NCH's counsel has conferred with Plaintiff's counsel who does not object to the relief requested by this Motion.

### MEMORANDUM

1. Plaintiff's Complaint contains six separate counts alleging hostile work environment harassment, sexual discrimination, and retaliation in violation of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act. The dispositive motion deadline is Tuesday, January 5, 2010.

2

2. NCH employed Plaintiff as an Administrative Director, and her allegations are directed against a member of the Hospital's executive team. The nature of Plaintiff's allegations and NCH's defenses necessitates a detailed factual explanation of NCH's business climate during the relevant time period, as well as a description of a number of complicated business transactions involving NCH and the business units that were under Plaintiff's supervision. As an indication of the factual density of the case, the parties took eighteen (18) depositions during discovery.

3. Whether to grant this Motion is within the Court's discretion. This Motion is not made for any undue purpose, and NCH will make every effort to present a concise record for purposes of summary judgment.

WHEREFORE, Defendant Naples Community Hospital, Inc. respectfully requests leave to file a motion for summary judgment not to exceed 35 pages in length.

Respectfully submitted,

FORD & HARRISON LLP

By: /s/ Tammie Rattray
Tammie L. Rattray
Florida Bar No. 0128619
trattray@fordharrison.com
Benjamin R. Welling
Florida Bar No. 0016286
bwelling@fordharrison.com
101 East Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899
Attorneys for Naples Community Hospital, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to the following:

Karen Coolman Amlong<br>
The Amlong Firm<br>
500 Northeast Fourth Street - Second Floor<br>
Fort Lauderdale, Florida 33301-1154

                                            /s/ Tammie Rattray<br>
                                            Attorney

cc:     Naples Community Hospital, Inc.