UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LORI SMITH,

          Plaintiff,

-vs-                                      Case No.  2:08-cv-952-FtM-29SPC

NAPLES COMMUNITY HOSPITAL, INC. a
Florida not-for-profit corporation,

          Defendant.
_____

## ORDER

This matter comes before the Court on the Defendant's Unopposed Motion for Leave to File Dispositive Motion in Excess of 25 pages (Doc. #49) filed on January 4, 2010.  The Defendants move the Court for leave to file a Motion for Summary Judgment that exceeds the page limitation established in Local Rule 3.01(g).  Counsel indicates the Motion addresses six separate counts alleging hostile work environment, harassment, sexual discrimination, and retaliation and would exceed the page limit by ten (10) pages.  Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested.  The Court, having considered the motion, finds good cause and will grant permission to file the dispositive motion that exceeds the page limitation.

      Accordingly, it is now

      **ORDERED:**

The Defendant's Unopposed Motion for Leave to File Dispositive Motion in Excess of 25 pages (Doc. #49) is **GRANTED**. The Defendants may file their dispositive motion which should not exceed thirty-five (35) pages.

**DONE AND ORDERED** at Fort Myers, Florida, this ___6th___ day of January, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record