UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LORI SMITH,

          Plaintiff,

-vs-                                       Case No. 2:08-cv-952-FtM-29SPC

NAPLES COMMUNITY HOSPITAL, INC. a
Florida not-for-profit corporation,

          Defendant.
_____

**ORDER**

This matter comes before the Court on the Plaintiff's Unopposed Motion to Enlarge Time to Respond to Defendant's Objection to and, or Motion to Strike Plaintiff's Response to Defendant's Motion for Summary Judgment, including Plaintiff's Declarations Filed in Support (Doc. #75) filed on March 19, 2010. The Plaintiff moves the Court for a extension of time to file a responsive pleading. As grounds, Counsel indicates additional time is necessary to prepare the Response due to preparing for an upcoming trial. Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested. Having found good cause, the Court will grant the extension of time.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Unopposed Motion to Enlarge Time to Respond to Defendant's Objection to and, or Motion to Strike Plaintiff's Response to Defendant's Motion for Summary Judgment,

including Plaintiff's Declarations Filed in Support (Doc. #75) is **GRANTED**. The Plaintiff shall have up to and including **APRIL 2, 2010**, to file the responsive pleading.

**DONE AND ORDERED** at Fort Myers, Florida, this ___22nd___ day of March, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record